UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-1205
_____

UNITED STATES OF AMERICA

v.

CREMNE BRANCH,

Appellant
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(No. 1-05-cr-00146-001)
District Judge: Honorable Christopher C. Connor

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
September 11, 2012
_____

Before: SMITH, CHAGARES, and GARTH, Circuit Judges.

(Filed: December 10, 2012)
_____

JUDGMENT ORDER
_____

The defendant Branche having appealed from the denial of his motion to vacate,

set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 and from the denial of a

certificate of appealability by the District Court, it is on this 10th day of December, 2012

ordered and adjudged that the judgment of the District Court entered on December 17,

2010 be and the same is hereby affirmed substantially for the reasons so adequately set forth in the District Court's opinion.

BY THE COURT,

Michael A. Chagares
Circuit Judge

Dated: December 10, 2012